# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:09cv433

| | |
|---|---|
| DONALD R. SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| DAVOL, INC.; and C. R. BARD, INC., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the court on defendants' Motion for Stay. Having considered defendants' motion and reviewed the pleadings, and it appearing that this is a tag-along action to In re: Kugel Mesh Hernia Patch products Liability Litigation, No. 1:07-MDL-1842-ML (D.R.I.), the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendants' Motion for Stay (#4) is **GRANTED,** and this action and all deadlines, including the responsive pleading deadline, are **STAYED** pending transfer to In re: Kugel Mesh Hernia Patch products Liability Litigation, No. 1:07-MDL-1842-ML (D.R.I.).

Signed: February 16, 2010

_____
Dennis L. Howell
United States Magistrate Judge